# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DAVID LYNN CHAPMAN
REG. #120704                                                                                                   PETITIONER

VS.                                    5:06CV00246 SWW/JTR

LARRY NORRIS, Warden,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (docket entry #2) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 7th day of July 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE