## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAVID LYNN CHAPMAN
REG. #120704                                                                                                    PETITIONER

VS.                                        5:06CV00246 SWW/JTR

LARRY NORRIS, Warden,
Arkansas Department of Correction                                                          RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 7th day of July 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE